UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Service Finance Company, LLC, | Civil No. 24-cv-331 (PJS/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| XLNT, LLC, *now known as XLNT, INC.,* Bill W. Scott, | |
| Defendants. | |

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated March 20, 2025 (ECF No. 19), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Bill W. Scott be **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:   April 4, 2025

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
Chief United States District Court Judge
for the District of Minnesota
